IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:13-cv-715-DPM

DORIS CAGLE                                                            DEFENDANT

## ORDER

The Court appreciates the Boggs affidavit, which verifies Cagle's debt of $16,336.11. № 12. No damages hearing is needed. *Stephenson v. El-Batrawi*, 524 F.3d 907, 915–16 (8th Cir. 2008). The United States is entitled to the amount owed, plus post-judgment interest. 28 U.S.C. § 1961(a)–(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2015