IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              No. 4:13-cv-715-DPM

DORIS CAGLE                                                                  DEFENDANT

## JUDGMENT

The United States shall have judgment against Doris Cagle for $16,336.11. Post-judgment interest will accrue at 0.18% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b).

_____
D.P. Marshall Jr.
United States District Judge

30 January 2015